## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
**Plaintiff,**

      vs.

**Donald T. Gross**
      **Defendant.**

**Case No. 25-mj-08194-ADM**

**Filed Under Seal**

## CRIMINAL COMPLAINT

I, Jamie Frates, a Task Force Officer (TFO) with the Federal Bureau of

Investigation (FBI), Kansas City, Missouri, being duly sworn, depose and state as

follows:

## COUNT 1
## ATTEMPTED COERCION AND ENTICEMENT OF A MINOR
## [18 U.S.C. § 2422(b)]

On or between July 25, 2025, and continuing to August 25, 2025, in the District of

Kansas and elsewhere, the defendant,

## DONALD T. GROSS

using a facility and means of interstate commerce, knowingly attempted to persuade,

induce, entice, and coerce an individual who had not attained the age of 18 years to engage

in any sexual activity for which any person could be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

1

## COUNT 2

## TRANSFER OF OBSCENE MATERIAL TO A MINOR
### [18 U.S.C. § 1470]

On or about August 25, 2025, in the District of Kansas and elsewhere, the

defendant,

### DONALD T. GROSS

did knowingly use a facility of interstate commerce to transfer and attempt to transfer

obscene matter to another individual who had not attained the age of 16 years, knowing

that the individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.


## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1.     I am a certified law enforcement officer in the state of Missouri and have

been for approximately 22 years.  I am currently assigned to the FBI Child Exploitation

Task Force, Kansas City, Missouri. I have been assigned to investigate computer crimes

to include violations against children.  I have gained expertise in conducting such

investigations through seminars, training, classes, and everyday work related to

conducting these types of investigations.  As a Task Force Officer or TFO, I am

authorized to investigate violations of laws of the United States and to execute warrants

issued under the authority of the United States.

2.      This affidavit is based upon information I have gained from my

investigation as well as my training and experience. This affidavit is intended to show

only that there is sufficient probable cause for the requested Complaint and does not set

forth all of my knowledge about this matter. As will be shown below, there is probable

cause to believe **DONALD T. GROSS** (hereinafter "**GROSS**"), engaged in the

attempted online enticement of a minor and knowingly transferred and attempted to

transfer obscene matter to another individual, who had not attained the age of 16 years,

knowing that the individual had not attained the age of 16 years, in violation of 18 U.S.C.

§§2422(b) and 1470.

## BACKGROUND OF THE INVESTIGATION

3.      On July 25, 2025, FBI's Child Enticement and Human Trafficking

Taskforce conducted an online chat operation aimed at identifying individuals who

engage in the online enticement of minors. An FBI Online Covert Employee, or OCE,

posing as a fifteen-year-old juvenile located an individual on the phone application

Hush1 using the username, "indigo_coup" who had created a post on the application that

stated, "Anyone use omegle?" Based on affiant's training and experience, omegle is an

online platform that is frequently associated with the exploitation of children. The OCE

sent a direct message to "indigo_coup" stating, "It not up anymore my dad used it at one

---

1 Hush is a free-access mobile social media platform with a focus on anonymity. Hush allows users to create,
post, send and store content, including messages, text, photos, and other materials.

3

time." "indigo_coup" responded with, "You never tried it tho?" at which time OCE

responded, "I wasn't old enough then…..". "indigo_coup" stated, "Do you do any video

hat stuff now then?"

4.      During the conversation on Hush, OCE asked where "indigo_coup" was

from, and "indigo_coup" responded, "Kansas City hbu." OCE asked "indigo_coup" for a

picture of himself and "indigo_coup" sent an image of himself. The image depicted a

white male with glasses in a gray suit and tie taking a selfie in a mirror that included his

face and was consistent with the appearance of **DONALD T. GROSS'** Department of

Revenue photo.

5.      "indigo_coup" asked OCE, "What's your snap?" and OCE responded with

their Snapchat username. A few seconds later, OCE received a message on Snapchat

from username "**donnyt144**." The conversation on Snapchat started at approximately

11:35am on July 25, 2025, and lasted until 10:16am on July 26, 2025. The Snapchat

conversation became sexual in nature and continued to be sexual in nature even after

OCE identified themselves as a 15-year-old.

6.      During this Snapchat conversation, **GROSS** made the comments, "Looks

like someone needs some cock," and "You've never cum twice in a day?" **GROSS** then

sent three voice messages that stated, "Tell me how bad you want my cock," "Mmmm

baby tell me how horny you are, I want to know how bad you want my thick cock," and

"I wanna stretch that tight little pussy so bad make you so wet make you cum over and

over and over." **GROSS** asked the OCE for different "pics" or pictures of "herself," and

4

the OCE responded by sending a picture of a clothed female lying in bed partially showing her face. This adult female is known by law enforcement and hereinafter will be referred to as "female decoy." Several different pictures were sent by the female decoy to **GROSS**, all with clothing on.

7.    Throughout the entirety of the Snapchat messages with OCE, **GROSS** continued to request photos of the female decoy and engaged in conversation of a sexual nature. Below are portions of the chats between **GROSS** and UCE:

      a.  **GROSS**: "Do you want to have more sex then?"

      b.  OCE: "It's just been that once and I want it to be good and someone to teach me. Just not a lot of experience at 15 lol"

      c.  OCE: "And idk I've been told not to put those photos out there that they get spread. A friend did and had to pay to get them no not send them"

      d.  **GROSS**: "Let's practice then, do you play with yourself much?"

      e.  OCE: "Yes"

      f.  **GROSS**: "Oh that's only if the guys like a scammer from india I've had that too"

      g.  **GROSS**: "Just have to do it with people that are local. Have you tried today? I could show you some new ways to play"

      h.  OCE: "Idk. You're asking me but not sending anything either…"

      i.  **GROSS**: "Of course not lol, just bored and kinda horny. Have you played today yet?"

5

j.   OCE: "I'm horny too, but talking isn't gonna do it lol…"

k.   **GROSS**: "I'm about to hop in the shower, maybe wanna see (kissing emoji)"

l.   OCE: "Not today yet but I can. My mom has a toy.  Of course!"

m.   **GROSS**: "Lets put that toy to use"

n.   OCE: "Ok…still nothing from you tho…lol you're just a tease"

o.   **GROSS**: "Let's see you back in bed (kissing face emoji). I'll get my cock out" (sent image of him in the shower exposing his erect penis)

p.   OCE: "Uh huh lol it should be out now if you're in the shower, Nice! Nice body! You work out?"

q.   **GROSS**: "I do do you? And I think it's your turn (heart emoji)"

r.   OCE: "Not really, my mom has a few hand weights that I use sometimes"

s.   **GROSS**: "Why don't you match my outfit now? (devil face emoji) I bet you look fit too (smile emoji)"

t.   OCE: "I am… But this does nothing for me, might as well put on a video and play with myself lol. I think I might just do that but thanks…"

u.   **GROSS**: "How about I play for you (heart emoji) I wanna cum so bad"

v.   OCE: "Maybe I can find someone to come here today and help me out!"

w.   **GROSS**: "And make you squirt. Oh I could come lol"

x.   OCE: "I've heard that before!"

y.  **GROSS**: [sent image of his erect penis] Oh yeah

z.  OCE: "You'd have to wear a condom or pull out"

aa. **GROSS:** I've got condoms lol

bb. OCE: "Damn you lol biggg! Are you gonna hurt me? Look"

cc. **GROSS:** "Look at what?"

dd. OCE: "You look like you have a big dick!"

ee. **GROSS**: "Oh yeah wanna try it? Let's see you"

ff.  …

gg. **GROSS:** "I'm about to head to OP for lunch I'll swing by"

hh. OCE: "Really?? Did you cum or did you save it for me?"

ii.  **GROSS:** "I'm so full I want you to have it all

jj.  OCE: "Mmmmm when can you cum by?"

kk. **GROSS:** "Whenever you want baby just say where"

ll.  OCE: "Bring lube and condoms if ur gonna cum in me. Moms at work

til late so I'm here all day by myself"

mm.   **GROSS:** "Just tell me where to cum"

nn. OCE: "How far away are you from OP"

oo. **GROSS:** "15 minutes from downtown"

pp. OCE: "I'm off Metcalf"

qq. **GROSS:** "What apartments?"

rr.  OCE: "Woods of cherry creek"

ss. **GROSS:** "That's pretty close to where I'm getting lunch. You got your clothes back on? I'd love to see another selfie (heart emoji)"

tt. OCE: "Mmmm can't wait"

uu. **GROSS:** "You ever had anything in your ass?"

vv. OCE: "lol no!"

ww.   **GROSS**: "Would you wanna try? We can do cock in your pussy toy in your ass (devil face emoji)"

xx. OCE: "idk…."

yy. ….

zz. **GROSS:** "Send me a picture lol I'm lost"

aaa.   OCE: "You're not here..if you found the pool then you found me. Put it in your GPS lol. What's your phone number and I will send my location."

bbb.   **GROSS:** xxx-xx-2533

ccc.   OCE: Just sent (sent location of residence to **GROSS**' phone number)

**Conversation transitions to phone text message.**

OCE: "Hey from SC (sent location of residence)"

a. **GROSS:** "Do I know it's you?"

b. OCE: "Here's my location (sent location again)"

c. **GROSS**: "What did you look like? How am I sure?"

d. OCE: (stopped sharing location)

e. **GROSS**: "I think that's working, how do I know it's you?"

f. OCE: "Where are you!!!" [sent image of female decoy lying in bed, showing arm, shirt, pillow and blanket.]

g. ...

8.      On July 25, 2025, at approximately 3:02 pm, while **GROSS** was claiming to have arrived at the OCE's location, **GROSS** provided his phone number xxx-xx-2533. The phone number was later confirmed to be **GROSS**'s number.

9.      GROSS never came to the door of the apartment complex. The next day, the conversation continued back on Snapchat:

a. **GROSS**: "I know I was a piece of shit I'm sorry I really am And no not just for me I never came yesterday I felt so bad, I just wanna make you cum"

b. OCE: "I can do that with vids and a toy but thanks I wanted something more"

c. **GROSS**: "Yeah I know I'm still open to a meet before you start school again! Everything happened fast yesterday and I am legit super sorry about it I really am. What're you up to this morning?"

d. OCE: ..."Mom went to work and I'm here again by myself but probably going to the pool"

    e. **GROSS**: "Yeah but I've been scammed off hush before and just didn't want it to happen again and I'm really sorry I really am. I usually chat for a day or so before meeting….."

    f. OCE: "Ohhh so you've done this before??"

    g. **GROSS**: "Not in KC but before I moved here twice"

    h. OCE: "With someone like me?"

    i. **GROSS**: "But neither time met up the same day, it was always a few days after chatting. And no one as cute as you"

    j. OCE: "lol ty. I meant my age? I didn't know you'd been with someone my age"

    k. **GROSS**: "Oh yeah one was, I just like teaching things lol"

    l. …

10.    Text messages between OCE and **GROSS** via phone number XXX-XXX-2533 continued through August 26, 2025. These messages included **GROSS** asking where OCE was and what she was doing, if she was free at night and alone. The messages also included games that he wanted to play online, including truth or dare. **GROSS** told OCE to switch back over to Snapchat so they could do "dares." While on Snapchat, the conversation continued to be sexual in nature. **GROSS** sent multiple photos of himself in various states of undress, including pictures of his erect penis, in addition to sending multiple videos of him masturbating, including on August 25, 2025. **GROSS** requested OCE do the same.

10

11.    On July 22, 2024, about a year prior to the present investigation, the
National Center for Missing and Exploited Children (NCMEC) received a cyber tip from
Snapchat regarding a conversation that occurred on June 2, 2024, between username
"zemmiphobia_f" and "**donnyt144**" that was sexual in nature.  Based on the date of birth
provided by "zemmiphobia_f," (XX/XX/2008), they were a minor child during the
conversation. The conversation reported was as follows:

      a.  donnyt144 (**GROSS**): How old ru lol?

      **b.**  zemmiphobia_f: I asked u

      c.  donnyt144 (**GROSS**): 22 hbu

      d.  donnyt144 (**GROSS**): How old ru?

      e.  donnyt144 (**GROSS**): What're you up to baby girl

      f.  donnyt144 (**GROSS**): Morning (kissing face emoji)

      g.  donnyt144 (**GROSS**): Got a shoot today?

      h.  donnyt144 (**GROSS**): Cause I got a morning present for you ;)

      i.  donnyt144 (**GROSS**): I need to cum for you so bad rn (emoji)

Based on the conversation between the OCE and **GROSS**, this could be a potential
victim that **GROSS** mentioned has having sexual contact with prior to moving to
Missouri.

## SUBPOENA INFORMATION

12.    On August 26, 2025, a subpoena was obtained and sent to Snapchat for
subscriber information for username, "**donnyt144**", and display name, "Donny."  On

11

August 8, 2025, Snapchat responded. The subscriber information for "**donnyt144**"

provided by Snapchat contained the following:

- Username: donnyt144

- Email address: donnyt144@gmail.com (verified)

- Phone number: 1-xxx-xxx-2533 (same number OCE was texting with and was associated with Donald **GROSS**)

13.    On August 26, 2025, a subpoena was obtained and sent to AT&T (Cingular

Wireless) for subscriber information on phone number, xxx-xxx-2533. On August 27,

2025, AT&T responded and provided the following:

- Financial Liable Party: Michael Gross (Donald's father) with an address of 980 Millbrook Dr., Lake Zurich, IL 60047

- IMSI: 310280044805282 (start date of 08/12/2004)

- IMEI: 354066783846119 (Apple iPhone 13)

## SEARCH WARRANT

14.    On October 1, 2025, A search warrant was applied for and signed by

District of Kansas' Judge, Honorable Teresa J. James, information associated with Snap

Chat username, "donnyt144" that was stored at premises controlled by Snap Chat Inc.

15.    On October 2, 2025, Snap Chat Inc. sent the files required by the search

warrant. Affiant conducted a search of the files sent by Snap Chat for "donnyt144" and

found voice messages that **GROSS** had sent to the OCE. Affiant also found an image

sent by OCE to **GROSS** of their location along with image files that were unable to be

12

viewed, however the file name had the OCE's Snap Chat username and "donnyt144".

16.     On October 28, 2025, Search Warrants were applied for through the Western District of Missouri (25-SW-00501-WBG and 25-SW-00502-WBG) for the premises located at 13207 Crystal Avenue, Grandview, Missouri and for the person of **DONALD T. GROSS**. The Search Warrants were signed by Magistrate Judge Honorable W. Brian Gaddy.

17.     On October 31,2025, the search warrants were executed, and a non-custodial interview was conducted with **GROSS**. **GROSS** understood he was free to leave at any time and agreed to speak with Affiant and TFO David Albers regarding the case.

18.     During the interview, **GROSS** admitted to talking to a minor female (OCE) on Hush, Snap Chat, and over phone text messages. **GROSS** further admitted to sending obscene material of his penis and masturbation videos to the "minor child" (OCE), while requesting images from the "her." **GROSS** further admitted on July 25, 2025, during the conversation about meeting with the minor child, the minor child (OCE) had turned on their location and sent it to him. **GROSS** stated he drove by the "child's" residence since he was in the area and sent the OCE a picture of the main office of the complex. **GROSS** stated he was not going to have sex with the child, that it was only a fantasy, however wanted to see if she was real.

19.     **GROSS** stated he usually met people on Hush, and sometimes they were minors. **GROSS** stated in the past he has sent them nude images/videos of himself and

13

requested the minors send him the same in return. **GROSS** stated there have been approximately 4-5 over the last couple years, however, was not able to remember their usernames or names. **GROSS** stated he has never met any minor in person and stated he had lied to the OCE about meeting and having sex with a minor in Oklahoma. **GROSS** stated those were adults, at least 18 years of age, however could not remember their names or usernames.

20.    **GROSS** stated after he has communicated with a minor child online, and images/videos has been exchanged, he uses them as fantasy to sexually gratify himself and then deleted them from his phone. **GROSS** stated he cycles on and off where afterwards he feels guilty and may wait two weeks to a month before attempting to reach out online again. **GROSS** stated he talked to mostly adults, however had engaged with and exchanged images and videos and sexual talk with minor children.

## CONCLUSION

21.    Your affiant respectfully submits that there is probable cause to believe that **DONALD T. GROSS** has knowingly engaged in the attempted online enticement of a minor(s) and has sent obscene material to a child who had not attained the age of 16, or attempted to do so, in violation of 18 U.S.C. § 2422(b) and 1470.

Jamie Frates
Task Force Officer
Federal Bureau of Investigation

14

Attested to by the applicant in accordance with the requirements of Fed. R. Crim.

P. 4.1 by telephone on this 3rd day of November 2025.

HONORABLE ANGEL D. MITCHELL
UNITED STATES MAGISTRATE JUDGE

## PENALTIES

### Count 1: ATTEMPTED COERCION AND ENTICEMENT OF A MINOR [18 U.S.C. § 2422(b)]

- Punishable by a term of imprisonment of not less than ten (10) years and not more than life. 18 U.S.C. § 2422(b).

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. §3014(a)(3).

### Count 2: Transfer of OBSCENE MATERIAL TO A MINOR [18 U.S.C. 1470]

- Punishable by a term of imprisonment not to exceed ten (10) years. 18 U.S.C. § 1470.

- A term of supervised release not to exceed (3) years. 18 U.S.C. § 3583(b).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

15

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).